# United States District Court
## Violation Notice

EV64

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7334297 | 132 | 132 |

7334297

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 10/15/2017 0837 | 36 CFR 4.2(b)(3) |

**Place of Offense**

N/B GWMP RAM FROM KEY BRIDGE

HAZMAT ☐

**Offense Description: Factual Basis for Charge**

FAIL TO MAINTAIN PROPER CONTROL

# 101517-60

### DEFENDANT INFORMATION

| Last Name | First Name | M.I. |
|---|---|---|
| PITTS | HARVEY | W |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| L641F | DC | 15 | CHEVY/SUBURBAN | | BLACK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ 90 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 120 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| U.S. District Court 401 Courthouse Square Alexandria, VA 22314 (703) 299-2100 | 10/15/2018 Time (hh:mm) 0900 |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 06/2015)   Original- CVB Copy

CVB SCAN OCT 31, 2017 14:57

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;   CMV = Commercial vehicle involved in incident

CVB SCAN OCT 31, 2017 14:57